UNITED STATES DISTRICT COURT
WESTERN DISTRICT LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FLYGUYS, INC. OF DELAWARE** | **CIVIL ACTION NO. 24-cv-01665** |
| **v.** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RCG VALUATION & MONETIZATION, INC.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Considering the Joint Motion to Continue Trial filed by Plaintiff, FlyGuys, Inc. of Delaware, and Defendant, RCG Valuation & Monetization, Inc. (ECF No. 20);

IT IS HEREBY ORDERED that the Motion is GRANTED. The existing Scheduling Order is VACATED. The case is referred to Magistrate Judge Ayo to confer with counsel to select a new trial date and related deadlines.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 2nd day of February, 2026.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA